AO 93B  (Rev. 11/13) Anticipatory Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | |
|---|---|
| IN THE MATTER OF THE ANTICIPATORY SEARCH OF A RESIDENCE AND/OR THE TARGET VEHICLE, FURTHER DESCRIBED IN ATTACHMENT B | ) ) ) Case No.   26- 371 (M) ) ) ) |

## ANTICIPATORY SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ ---- _____ District of _____ Puerto Rico _____
*(identify the person or describe the property to be searched and give its location)*:
See Attachment B (Enclosed as Reference)

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property UPON OCCURRENCE OF THE FOLLOWING CONDITION(S) *(state the condition(s) which must occur to establish probable cause)*:
See Attachment D (Enclosed as Reference)

I further find that upon the occurrence of the conditions specified above, such search will reveal *(identify the person or describe the property to be seized)*:
See Attachment C (Enclosed as Reference)

**YOU ARE COMMANDED** to execute this warrant on or before _____ May 14, 2026 _____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

IF THE CONDITION(S) DESCRIBED ABOVE HAVE NOT OCCURRED, THIS WARRANT MUST NOT BE EXECUTED.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ United States Magistrate Judge on Duty _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: April 27, 2026 at 7:09 p.m. 

_____
*Judge's signature*

City and state:   San Juan, Puerto Rico

Hon. Hector Ramos Vega, U.S. Magistrate Judge
*Printed name and title*

AO 93B (Rev. 11/13) Anticipatory Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>26-371 (M) | Date and time warrant executed:<br>4/28/2026 | Copy of warrant and inventory left with:<br>Celso Cardona Alvarado |
| Inventory made in the presence of :<br>M. Figueroa-Lopez and J. Ortiz | | |
| Inventory of the property taken and name of any person(s) seized: | | |

1. black/white cellphone device

2. blue Samsung cellular device

3. sham inside subject parcel

4. black flip smartphone

5. Hollowed book where presumptive drugs where found on previous search warrant

6. subject parcel

7. empty box of a parcel tracking 9505 5125 9708 5084 5547 88

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/28/2026

_____
Executing officer's signature

Joan Matos Kemp, USPIS Postal Inspector
_____
Printed name and title

## **ATTACHMENT A**
*Parcel to be installed with beeper transmitter and GPS tracking devices*

The parcel where a beeper transmitter and GPS tracking devices will be installed and monitored is a USPS Priority Mail Parcel, number 9505 5141 0377 6111 1835 74.



## ATTACHMENT B
*Property to be searched*

The property to be searched for is described as a one-story single-family residential structure of concrete construction with a flat roof. Exterior walls are painted light blue and white, including the porch columns are painted white, located at Urbanizacion Villa Madrid Calle 15 W9 Coamo PR 00769, decimal degrees coordinate 18.0827560, -66.3426130, including all outbuildings and vehicles parked on the premises (TARGET RESIDENCE); and any vehicle hereinafter known as the TARGET VEHICLE, in which the TARGET PARCEL, described in Attachment A, is placed.



*Target Residence*





| Tasks | Results |
|---|---|

Dirección física _Query result                          ▼        ○○○

Displayed features:1/1                                            ☰↑

345-026-198-02                                                    ⌃

| Parcela de procedencia | 345-026-198-02 |
| Parcela | 345-026-198-02 |
| Catastro | 345-026-198-02-000 |
| Dueño | CARDONA ALVARADO CELSO |
| Dirección física | URB VILLA MADRID W9, CALLE 15, PR, Puerto Rico, 00000 |
| Municipio | Coamo |

**ATTACHMENT C**
*Property to be seized*

1. Evidence of violations of 21 USC §§ 841, 843(b) and 846 including:

   a. One (1) USPS Priority Mail large size flat rate cardboard box, weighing approximately 5 pounds and USPS tracking number 9505 5141 0377 6111 1835 74 affixed to the box addressed to: "Javier M Cardona Torres, Urbanizacion Villa Madrid, Calle 15 W9, Coamo, PR 00769";

   b. Controlled substances;

   c. Papers, tickets, notes, receipts, passports and other items relating to recent domestic and international travel;

   d. Books, records, receipts, notes, ledgers, or electronic data relating in any way to the importation, transportation, ordering, tracking, purchases and distribution of controlled substances;

   e. Electronic devices including but not limited to cellphones, computers, and any other mobile and non-mobile electronic device that may be used to store pictures and/or communications;

   f. All records and other documents related to the possession, shipment, tracking and delivery of controlled substances through the Mail or other means;

   g. Indicia of occupancy, residency, and ownership or use of the subject premises, including, but not limited to, utility and telephone bills, cancelled envelopes, rental, purchase or lease agreements, identification documents and keys;

   h. Address and/or telephone books, rolodex indicia, electronic organizers, telephone devices and the memory thereof and any papers, records or electronic data reflecting names, addresses, and telephone numbers of co-conspirators, sources of supply and customers;

   i. Photographs of the persons involved in the shipment of controlled substances via the United States Mail, their associates, possible co-conspirators, their property, their product, assets, currency, and other controlled substances;

j.  Documentation of occupancy, residence, and/or ownership of the premises described in the accompanying affidavit and attachment, including but not limited to, utility and telephone and cell phone bills, cancelled checks, envelopes and keys;

k.  United States and foreign currency, financial instruments, records of real estate transactions, bank statements, and other items that may be evidence of the obtaining, transfer, concealment and/or expenditure of money of drug trafficking proceeds;

l.  Any and all electronic devices to include but not limited to cellular phones, wireless touch screen tablet PC, computers, data storage devices, and laptops that may contain evidence of drug trafficking; and

m.  Paraphernalia, and tools to manufacture and distribute controlled substances.

2. All of which constitute fruits, evidence and instrumentalities of violations of 21 USC §§ 841, 843 and 846.

## ATTACHMENT D
*Triggering Events*

In the instance case, the main triggering events will be when law enforcement members conduct a controlled delivery of the TARGET PARCEL to an individual who identifies themselves as the TARGET PARCEL recipient, or any indication the TARGET PARCEL has been opened or the contents have, are or will be removed. However, certain events as specifically listed below can independently or in conjunction trigger the execution of the search warrant and its provisions like when law enforcement officers conduct the controlled delivery of the TARGET PARCEL to the TARGET RESIDENCE, and:

1. after the TARGET PARCEL has entered the TARGET RESIDENCE, there are any indication that any individual in the TARGET RESIDENCE has, is, or will attempt to destroy the contents of the TARGET PARCEL; or

2. after the TARGET PARCEL has entered the TARGET RESIDENCE, any indication that any individual is opening or has opened the TARGET PARCEL, including the beeper transponder emitting a signal from inside the TARGET RESIDENCE; or

3. more than one hour has passed after the TARGET PARCEL was received and has entered the TARGET RESIDENCE, and/or there is a loss of signal, indication of failure, or attempt to bypass the DEVICES; or

4. after the TARGET PARCEL has entered the TARGET RESIDENCE, any indication that the TARGET PARCEL has, is, or will be moved out of the TARGET RESIDENCE by any individual or is placed in any mode of transportation (TARGET VEHICLE); or

5. after the TARGET PARCEL be delivered to the TARGET RESIDENCE and the TARGET PARCEL is placed inside the TARGET VEHICLE without ever entering the TARGET RESIDENCE, we request authority to search the TARGET VEHICLE to seize evidence, fruits, and instrumentalities of crimes against the United States, in violation of 21 USC §§ 841, 843(b) and 846, as more particularly described in Attachment C; or

6. after the TARGET PARCEL be delivered to the TARGET RESIDENCE and the TARGET PARCEL is placed inside the TARGET VEHICLE after entering the TARGET RESIDENCE, we request authority to search the TARGET VEHICLE to seize evidence, fruits, and instrumentalities of crimes against the United States, specifically, in violation

of 21 USC §§ 841, 843(b) and 846, as more particularly described in Attachment C, in addition to the execution of the search warrant and its provisions on the TARGET RESIDENCE.

7. Should the TARGET PARCEL be delivered to the TARGET RESIDENCE and the TARGET PARCEL is placed inside the TARGET VEHICLE, law enforcement may follow said vehicle containing the TARGET PARCEL to its ultimate destination. If the TARGET PARCEL is then brough inside another premises (hereinafter referred to as the SECONDARY TARGET RESIDENCE), and there is any indication that:

   a. any individual in the SECONDARY TARGET RESIDENCE has, is, or will attempt to destroy the contents of the TARGET PARCEL, or;

   b. any individual in the SECONDARY TARGET RESIDENCE is opening or has opened the TARGET PARCEL, including the beeper transponder emitting a signal, or;

   c. more than one hour has passed after the TARGET PARCEL has entered the SECONDARY TARGET RESIDENCE, and/or there is a loss of signal, indication of failure, or attempt to bypass the DEVICES, or;

   d. the TARGET PARCEL has, is, or will be moved out of the SECONDARY TARGET RESIDENCE by any individual or is placed in any mode of transportation, law enforcement will enter, clear and secure the SECONDARY TARGET RESIDENCE to prevent the destruction of evidence, then immediately seek approval for a search and seizure warrant for said premises.

8. Should law enforcement officers deliver the TARGET PARCEL at the TARGET RESIDENCE, and no one is present to take possession, law enforcement officers will place the TARGET PARCEL inside the TARGET RESIDENCE's curtilage and will wait for the TARGET PARCEL to enter the residence or be picked up, and if the TARGET PARCEL does not enter the TARGET RESIDENCE, or is not otherwise retrieved, within a reasonable amount of time, as determined by operational circumstance and security, law enforcement officers will retrieve the TARGET PARCEL.